UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM H. MEECH, | Civ. No. 14-2862 (ADM/JSM) |
| Plaintiff, | ORDER |
| v. | |
| JENNIFER ADAMSON (Child Protection Worker), PAUL KILTINEN (Dodge County Attorney), | |
| Defendants. | |

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 5, 2014. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Leave to Proceed In Forma Pauperis [Docket No. 2] is **DENIED;**

2. Plaintiff's Complaint is dismissed without prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 26, 2014

s/Ann D. Montgomery
Judge Ann D. Montgomery
United States District Court